Frank. D. Creamer, Appellant, v. Metropolitan Securities Company and Robert S. Bussing, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John De Mark, as Administrator, etc., of Frank De Mark, Deceased, and John De Mark, Appellants, v. Isaac Levison, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Stephen W. Dodge and Robert B. Morrison, Respondents, v. William J. Courtney, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

East Hampton Lumber and Coal Company, Limited, Respondent, v. Julia M. Stimson, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William S. Edwards, Respondent, v. Board of Education, Union Free School District No. 4, Town of Orangetown, Rockland County, Respondent, Impleaded with Paulinus L. Grear and Others, Appellants.— (Action No. 1.) Judgment affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred ; Hooker, J., dissented.

Abraham Feigenbaum, Respondent, v. Samuel Cohen and Morris Schwarz, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

William Fisk, Respondent, v. Vennette F. Pelletreau, Appellant, Impleaded with Charles Cooper, Defendant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Francis F. Heyse, Appellant, v. The City of New York, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The Higgin Manufacturing Company, Respondent, v. Walter L. Fleishman, Defendant, Impleaded with Jessie E. Fleishman, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. An examination of the complaint discloses that the appellant did not necessarily nor presumptively have knowledge of all of the facts alleged in the complaint. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to the Lands, etc., Required for the Purpose of Opening Seventy-seventh Street, from Shore Road to Seventh Avenue, in the Thirtieth Ward of the Borough of Brooklyn, City of New York. Van Brunt Bergen and Others, Appellants; Thomas H. Thomas and Eliza H. Janeway, Respondents.— Order modified so as to exclude all interest on the damages allowed to Thomas H. Thomas for damage to building, etc. (*People ex rel. New York City Church* v. *Coler*, 60 App. Div. 77; affd., 168 N. Y. 644), and as so modified affirmed, without costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Frances Anna Essig, Deceased. James M. Vance, as Executor, etc., of Frances Anna Essig,